Matter of Ana D. Z. H. (Jennifer E. Z. H.--Werli P.) (2024 NY Slip Op 05582)

Matter of Ana D. Z. H. (Jennifer E. Z. H.--Werli P.)

2024 NY Slip Op 05582

Decided on November 13, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 13, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
DEBORAH A. DOWLING
LOURDES M. VENTURA
JAMES P. MCCORMACK, JJ.

2024-01702
2024-01703
 (Docket No. G-1822-23)

[*1]In the Matter of Ana D. Z. H. (Anonymous). Jennifer E. Z. H. (Anonymous), appellant; Werli P. (Anonymous), respondent.

Bruno J. Bembi, Hempstead, NY, for appellant.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 6, the mother appeals from two orders of the Family Court, Nassau County (Ellen R. Greenberg, J.), both dated January 18, 2024. The first order dismissed, without a hearing, the petition to appoint the mother as the guardian of the subject child. The second order denied the mother's motion to dispense with service on the father.
ORDERED that the orders are reversed, on the law, without costs or disbursements, the petition to appoint the mother as the guardian of the subject child is reinstated, and the matter is remitted to the Family Court, Nassau County, for an expedited hearing and a new determination thereafter of the petition and the mother's motion to dispense with service on the father.
The mother commenced this proceeding pursuant to Family Court Act article 6 to be appointed as the guardian of the subject child for the purpose of obtaining an order, inter alia, making specific findings so as to enable the child to petition the United States Citizenship and Immigration Services for special immigrant juvenile status pursuant to 8 USC § 1101(a)(27)(J). In an order dated January 18, 2024, the Family Court dismissed the petition based on the fact that the child had previously appeared before the court as the subject of a person in need of supervision and/or juvenile delinquency proceeding. In a second order dated January 18, 2024, the court denied the mother's motion to dispense with service on the father. The mother appeals.
The Family Court erred in summarily dismissing the petition without considering the child's best interests. Accordingly, we remit the matter to the Family Court, Nassau County, for an expedited hearing and a new determination thereafter of the petition and the mother's motion to dispense with service on the father (see Matter of Anuar S.A.O. [Yari C.B.M.—Lizeth O.M.], 217 AD3d 869; Matter of Rosa Amanda L.R. v Carlos Arnoldo O.R., 189 AD3d 1250; Matter of Marisol N.H., 115 AD3d 185).
The mother's remaining contentions are not properly before this Court.
DILLON, J.P., DOWLING, VENTURA and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court